**Order entered June 14, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00419-CV

### IN THE BEST INTEREST AND PROTECTION OF T.W.

**On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court Cause No. M-12100**

### ORDER

This is a priority appeal from an order for temporary in-patient mental health services. Pursuant to section 574.070(e) of the Texas Health and Safety Code, we **ORDER** appellant's brief be filed no later than June 24, 2021 and appellee's brief be filed no later than ten days following the filing of appellant's brief. Any reply brief shall be filed within five days of the filing of appellee's brief.

We caution the parties that extension requests will not be granted absent exigent circumstances.

/s/    DAVID J. SCHENCK
        JUSTICE